B6A (Official Form 6A) (12/07)

In re: Stephen Frank Wyrick   Tiffany Lynn Wyrick

Debtors

Case No. 11 - 50240
(If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3376 Cienega Rd. Hollister, CA 95023 | | C | $ 729,900.00 | $ 675,390.00 |
| | | Total ➤ | $ 729,900.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Stephen Frank Wyrick    Tiffany Lynn Wyrick
Debtors

Case No. 11-50240
(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | C | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America acct #9646 | C | 2,500.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Savings Acct. #8455 | C | 40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Used Household furnishings, no individual item exceeds 550.00 | C | 15,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Used Clothing- no individual item exceeds $550 | C | 1,000.00 |
| 7. Furs and jewelry. | | Costume jewelry and wedding rings (wife's wedding ring has a FMV of $1950 based on 3rd party valuation) | C | 2,100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole life insurance policy with Lincoln Financial | C | 2,321.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1000 shares of Calamaco Stock at $20 per share | C | 20,000.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | 18% interest in True Leaf San Juan LLC | C | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | 18% interest in True Leaf Yuma | C | 255,000.00 |

Case: 11-50240    Doc# 16    Filed: 04/05/11    Entered: 04/05/11 18:09:20    Page 2 of 13

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Wife is named in parents trust. | C | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Dodge Truck with 200k miles | C | 1,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 GMC Denali- V | C | 19,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Stephen Frank Wyrick   Tiffany Lynn Wyrick  
              Debtors

Case No.  11-50240  
(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 2 continuation sheets attached | Total | $ 318,481.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re: STEPEN FRANK WYRICK  　　　　　　　　　Case No. 11-50240
TIFFANY LYNN WYRICK

# AMENDED SCHEDULE C- PROPERTY CLAIMED AS EXEMPT

Exemptions provided under 11 USC 522(d) (Federal Exemptions)
■ 　11 U.S.C. 522(b)(3): Exemptions available under applicable nonbankrutpcy federal laws, state or local laws and the debtor's interest as a tenant by the entirety or joint tenancy to the extent the interst is exempt from process under applicable nonbankruptcy law. (State Exemptions)
　　■ C.C.P. 703.140(b) (Modified Federal Exemptions under California Law
　　☐ C.C.P. 704 (California Exemptions)

| Description of the Property | Specify Law for Exemption | Value of Claimed exemption | Current Value of Property Without deducting exemptions |
|---|---|---|---|
| 3376 Cienega Rd., Hollister CA | §704.730 | $54,510* | $ 54,510.00 |
| Cash | | | $20.00 |
| Bank of America Checking xxx9646 | §704.070(b) | $2,500 | $2,500.00 |
| Bank of America Savings xxx8455 | §704.070(b) | $40.00 | $40.00 |
| General used clothing | §704.020 | $1,000.00 | $1,000.00 |
| Used Household Furniture & Goods | §704.020 | $15,000.00 | $15,000.00 |
| Costume Jewelry & Wedding Rings | §704.040 | $2,100.00* | $2,100.00 |
| Whole Life Insurance Policy | §704.100 | $2,321.00 | $2,321.00 |
| 18% Interest in True Leaf Yuma | | $0.00 | $255,000 |
| 18% Interest in True Leaf San Juan LLC | | | $0.00 |
| 1000 shares of Calamco Stock | §704.060 | $0.00 | $20,000 |
| 2004 Dodge Truck w/200k miles | §704.010 | $1,500* | $1,500 |
| 2007 GMC Denali | | $1* | $0 |

* Debtors intend to assert an exemption to the extent equity exceeds the stated amount.　(per *Schwab v. Reilly*, 130 S. Ct. 2652 (U.S. 2010))

B6E (Official Form 6E) (12/07)

In re  Stephen Frank Wyrick   Tiffany Lynn Wyrick                        Case No. 11-50240
                              Debtors                                            (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Case: 11-50240   Doc# 16   Filed: 04/05/11   Entered: 04/05/11 18:09:20   Page 6 of 13

B6E (Official Form 6E) (12/07) – Cont.

In re  Stephen Frank Wyrick   Tiffany Lynn Wyrick          Case No.  11-50240
                                Debtors                              (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. California Franchise Tax Board PO Box 942867 Sacramento, CA 94267-0011 | | | Income Taxes | | | | Notice Only | Notice Only | $0.00 |
| ACCOUNT NO. California Franchise Tax Board PO Box 942867 Sacramento, CA 94267-0011 | | | Employee Income Taxes Withheld | | | | 30,796.00 | 30,796.00 | $0.00 |
| ACCOUNT NO. Internal Revenue Service PO Box 6229 Chicago, IL 60680-6229 | | | Income Taxes | | | | 21,099.00 | 21,099.00 | $0.00 |
| ACCOUNT NO. Internal Revenue Service PO Box 6229 Chicago, IL 60680-6229 | | | Employee Incomes Taxes withheld | | | | 268,000.00 | 268,000.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals> (Totals of this page)  $ 319,895.00  $ 319,895.00  $ 0.00

Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 319,895.00

Total > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 319,895.00  $ 0.00

Case: 11-50240   Doc# 16   Filed: 04/05/11   Entered: 04/05/11 18:09:20   Page 7 of 13

In re  Stephen Frank Wyrick   Tiffany Lynn Wyrick
                          Debtors

Case No. 11-50240
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1362836<br>VISDSNB<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 | | | 04/26/2010<br>Credit Card | | | | Unknown |
| ACCOUNT NO. 5490500024430212<br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | 08/15/2010<br>Credit Card | | | | 18,792.00 |
| ACCOUNT NO. 5490500024430212<br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | 07/31/2010<br>Credit Card | | | | 20,048.00 |
| ACCOUNT NO. 4888931174673884<br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | 07/31/2010<br>Credit Card | | | | 3,742.00 |

4  Continuation sheets attached

Subtotal ➤ $ 42,582.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Stephen Frank Wyrick   Tiffany Lynn Wyrick
         Debtors

Case No. 11-50240
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Crop Production Services<br>1901 Shelton Drivr<br>Hollister, CA 95023<br><br>Superior Court of Fresno County<br>2317 Tuolumne St.<br>fresno, CA 93727 | | | Business Debt | | | | Unknown |
| ACCOUNT NO.<br>Dassels Petroleum<br>31 Wright Rd.<br>Hollister, CA 95023 | | | Business Debt | | | | Unknown |
| ACCOUNT NO.<br>Hughes Net<br>11717 Exploration Ave.<br>Germantown, MD 20876 | | | Services | | | | 250.00 |
| ACCOUNT NO.<br>John Creighton<br>1851 Airway Dr.<br>Suite B<br>Hollister, CA 95023 | | | Personal Loan | | | | 42,000.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 42,250.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 11-50240   Doc# 16   Filed: 04/05/11   Entered: 04/05/11 18:09:20   Page 9 of 13

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen Frank Wyrick  Tiffany Lynn Wyrick , Case No. 11-50240
                     Debtors                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 81924058898917<br>Lowes<br>PO Box 981064<br>El Paso, TX 79998-1064 | | | 08/05/2010<br>Credit Card | | | | 903.00 |
| ACCOUNT NO. 4308514131981665<br>Macys Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | | | 07/31/2010<br>Credit Card | | | | 12,063.00 |
| ACCOUNT NO. 440223871193<br>Macys Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | | | 07/31/2010<br>Credit Card | | | | 1,010.00 |
| ACCOUNT NO. 3607370<br>Old Navy Credit Card<br>PO Box 981400<br>El Paseo, TX 79998-1400 | | | 04/26/2010<br>Credit Card | | | | 100.00 |
| ACCOUNT NO.<br>Paxton Obrien Law Firm<br>350 5th St.<br>Hollister, CA 95023 | | | Legal Fees | | | | 13,000.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 27,076.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 11-50240   Doc# 16   Filed: 04/05/11   Entered: 04/05/11 18:09:20   Page 10 of 13

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pestas and Hill CPA<br>3150 Hilltop Mall Rd.<br>Richmond, CA 94806 | | | Professional Services | | | | 3,000.00 |
| ACCOUNT NO.<br><br>Rabobank NA<br>PO Box 450<br>Salinas, CA 93902<br><br>Superior Court of California San Benito<br>440 5th St # 205<br>Hollister, CA 95023-3843<br><br>Thomas McLaughlin<br>Lang, Richert & Patch<br>5200 North Palm Ave., 4th Floor<br>Fresno, CA 93704 | | | 10/1/2010<br>Guarantee on Business Loan<br>Superior Court San Benito Case # CU-10-00034 | | | | 4,400,000.00 |
| ACCOUNT NO.<br><br>River Ranch Fresh Farms, LLC<br>1156 Abbitt St.<br>Salinas, CA 93901<br><br>Meuers Law Firm, PL<br>Lawrence H. Meuers, Esq<br>5395 Park Central Court<br>Naples, FL 34107 | | | Breach of Contract<br>United States District Court<br>San Jose Division<br>10-CV-02238-PVT | | | | 59,000.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 4,462,000.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen Frank Wyrick  Tiffany Lynn Wyrick
        Debtors

Case No. 11-50240
        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Western Cooling<br>1275 San Justo Rd.<br>Sn Juan Bautista, CA 95045 | | | Business Debt | | | | Unknown |
| ACCOUNT NO. Case #CU-10-00011<br>Wyrick Farms<br>PO Box 188<br>San Juan Bautista, CA 95045-0188<br><br>Attn: Anne Secker<br>NOLAND, HAMERLY, ETIENNE & HOSS<br>PO Box 2510<br>Salinas, CA 93902-2510 | | C | Stipulated Judgment<br>County of San Benito<br>Case No. CU-10-00044 | | | | 287,005.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 287,005.00

Total $ 4,860,913.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re: STEPHEN FRANK WYRICK   TIFFANY LYNN WYRICK        Case No. 11-50240

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE A, B, C, E, F

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

I (we) declare under penalty of perjury that I have read the foregoing amended schedule A, B, C, F, consisting of 12 sheets, and they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                        Stephen Frank Wyrick
                                        Debtor

Date: _____        Signature: _____
                                        Tiffany Lynn Wyrick
                                        (Joint Debtor, if any)

[If joint case, both spouses must sign]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
(NOT APPLICABLE)

*Penalty for making false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*