| | |
|---|---|
| In re:   STEPHEN FRANK WYRICK  AND TIFFANY<br>              LYNN WYRICK<br><br><br>Debtor(s) | Bankruptcy No.:  11-50240-SLJ<br>R.S. No.:  PK - 463<br>Hearing Date: November 29, 2011<br>Time: 9:30 AM |

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property.  Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A)   Date Petition Filed:  January 11, 2011 | Chapter: 7 |
|---|---|
| Prior hearings on this obligation: N/A | Last Day to File §523/§727 Complaints:  4/18/2011 |

| (B)   Description of personal property collateral (e.g. 1983 Ford Taurus): |
|---|

Secured Creditor  [   ] or lessor [   ]

| | |
|---|---|
| Fair market value:     $ | Source of value: |
| Contract Balance:      $ | Pre-Petition Default:$ |
| Monthly Payment:     $ | No. of months: |
| Insurance Advance:   $ | Post-Petition Default:$ |
| | No. of months: |

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA): 3376 Cienega Rd, Hollister, California 95023

| | |
|---|---|
| Fair market value: $680,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

| | |
|---|---|
| Approx. Bal.  $758,528.45<br>As of (date):  September 1, 2011<br>Mo. payment: $ 5,384.29<br>Notice of Default (date): September 23, 2010<br>Notice of Trustee's Sale:_____ | Pre-Petition Default: $46,509.08_____<br>No. of months:  7____<br>Post-Petition Default: $40,143.43_____<br>No. of months:  7____<br>Advances Senior Liens: $_____ |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $758,528.45 | $5,384.29 | $86,652.51 |
| 2nd Trust Deed:_____ | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| Costs of Sale (8%) | $54,400.00 | $_____ | $_____ |
| | (Total) $812,928.45 | $5,384.29 | $86,652.51 |

(D)  Other pertinent information: Since the preparation of this motion, the September and October payments have become due.  Come the hearing the November will become due.
  [ X ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
  [   ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
      [   ] Loan modification: Debtor's request is pending.     [   ] Loan modification: Modification in trial period.
      [   ] Loan modification: No decision yet.                 [   ] Loan modification: Denied in writing (attached hereto)

| | |
|---|---|
| Dated: November 9, 2011 | /s/ *Parada Kovadi* (SBN 272724)<br>Signature<br>PARADA KOVADI____<br>Print or Type Name<br>Attorney for   PNC Mortgage, a division of PNC Bank, National<br>Association, formerly known as National City<br>Mortgage, National City Mortgage Co dba<br>Accubanc Mortgage |