# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: WYRICK, STEPHEN FRANK § Case No. 11-50240
WYRICK, TIFFANY LYNN §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Audrey J. Barris, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $770,881.00 *(without deducting any secured claims)* | Assets Exempt: $78,972.00 |
| Total Distribution to Claimants: $107,733.69 | Claims Discharged Without Payment: $8,218,688.03 |
| Total Expenses of Administration: $64,497.64 | |

3) Total gross receipts of $ 172,231.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $172,231.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $696,506.00 | $52,500.00 | $52,500.00 | $52,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 64,497.64 | 64,497.64 | 64,497.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 319,895.00 | 26,199.00 | 26,199.00 | 26,199.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,860,913.00 | 8,156,604.72 | 8,156,604.72 | 29,034.69 |
| **TOTAL DISBURSEMENTS** | $5,877,314.00 | $8,299,801.36 | $8,299,801.36 | $172,231.33 |

4) This case was originally filed under Chapter 7 on January 11, 2011. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2014          By: /s/Audrey J. Barris
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America acct #9046 | 1129-000 | 2,540.00 |
| 1000 shares of Calamaco Stock at $20 per share | 1129-000 | 18,000.00 |
| 'I 8% interest in True Leaf Yuma | 1129-000 | 150,000.00 |
| tax refund | 1224-000 | 1,690.00 |
| Interest Income | 1270-000 | 1.33 |
| **TOTAL GROSS RECEIPTS** | | **$172,231.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ADMIN01 | Coastal Cooling, LLC & Western Cooling and | 4210-000 | N/A | 52,500.00 | 52,500.00 | 52,500.00 |
| NOTFILED | PNC MORTGAGE | 4110-000 | 675,390.00 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO | 4220-000 | 21,116.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$696,506.00** | **$52,500.00** | **$52,500.00** | **$52,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

Case: 11-50240   Doc# 88   Filed: 04/21/14   Entered: 04/21/14 11:00:54   Page 3 of 13

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 122.48 | 122.48 | 122.48 |
| Barry Milgrom | 3210-000 | N/A | 11,125.00 | 11,125.00 | 11,125.00 |
| Barry Milgrom | 3220-000 | N/A | 152.76 | 152.76 | 152.76 |
| Audrey J. Barris | 2100-000 | N/A | 11,861.57 | 11,861.57 | 11,861.57 |
| Audrey J. Barris | 2200-000 | N/A | 68.55 | 68.55 | 68.55 |
| Michael Gabrielson | 3420-000 | N/A | 48.65 | 48.65 | 48.65 |
| Michael Gabrielson | 3410-000 | N/A | 4,127.50 | 4,127.50 | 4,127.50 |
| LUCE FORWARD HAMILTON & SCRIPPS LLP | 3220-000 | N/A | 141.95 | 141.95 | 141.95 |
| LUCE FORWARD HAMILTON & SCRIPPS LLP | 3210-000 | N/A | 33,721.00 | 33,721.00 | 33,721.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.87 | 4.87 | 4.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 137.31 | 137.31 | 137.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.51 | 86.51 | 86.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.51 | 79.51 | 79.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.89 | 71.89 | 71.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.15 | 74.15 | 74.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.73 | 122.73 | 122.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 188.86 | 188.86 | 188.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 164.98 | 164.98 | 164.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 181.68 | 181.68 | 181.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 175.62 | 175.62 | 175.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 158.29 | 158.29 | 158.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 251.09 | 251.09 | 251.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 271.22 | 271.22 | 271.22 |
| Rabobank, N.A. | 2600-000 | N/A | 119.45 | 119.45 | 119.45 |
| Rabobank, N.A. | 2600-000 | N/A | 129.61 | 129.61 | 129.61 |
| Rabobank, N.A. | 2600-000 | N/A | 109.76 | 109.76 | 109.76 |
| Rabobank, N.A. | 2600-000 | N/A | 113.52 | 113.52 | 113.52 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 127.12 | 127.12 | 127.12 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 123.51 | 123.51 | 123.51 |
| Rabobank, N.A. | 2600-000 | N/A | 111.39 | 111.39 | 111.39 |
| Rabobank, N.A. | 2600-000 | N/A | 131.11 | 131.11 | 131.11 |
| Rabobank, N.A. | 2600-000 | N/A | 119.00 | 119.00 | 119.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$64,497.64** | **$64,497.64** | **$64,497.64** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | INTERNAL REVENUE SERVICE | 5800-000 | 21,099.00 | 26,199.00 | 26,199.00 | 26,199.00 |
| NOTFILED | CALIFORNIA FRANCHISE TAX BOARD | 5800-000 | 30,796.00 | N/A | N/A | 0.00 |
| NOTFILED | INTERNAL REVENUE SERVICE | 5800-000 | 268,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$319,895.00** | **$26,199.00** | **$26,199.00** | **$26,199.00** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA Card Services, NA/Bank of America | 7100-000 | 20,048.00 | 20,174.42 | 20,174.42 | 71.82 |
| 2 | FIA Card Services, NA/Bank of America | 7100-000 | 3,742.00 | 3,742.43 | 3,742.43 | 13.33 |
| 3 | RABOBANK, N.A. | 7100-000 | 4,400,000.00 | 3,744,028.00 | 3,744,028.00 | 13,327.44 |
| 4 | RIVER RANCH FRESH FARMS, LLC | 7100-000 | 59,000.00 | 63,558.09 | 63,558.09 | 226.24 |
| 5 | TRUE LEAF FARMS, LLC | 7100-000 | N/A | 2,815,000.00 | 2,815,000.00 | 10,020.43 |
| 6 | WESTERN OILFIELDS SUPPLY CO. INC. | 7100-000 | N/A | 1,938.46 | 1,938.46 | 6.90 |
| 8 | WYRICK FARMS | 7100-000 | 287,005.00 | 304,059.81 | 304,059.81 | 1,082.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | WYRICK FARMS | 7100-000 | N/A | 172,411.03 | 172,411.03 | 613.72 |
| 10 | WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SER | 7100-000 | N/A | 3,855.25 | 3,855.25 | 13.72 |
| 11 | CROP PRODUCTION SERVICES, INC. | 7100-000 | unknown | 1,027,837.23 | 1,027,837.23 | 3,658.74 |
| NOTFILED | OLD NAVY | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | MACYS BANKRUPTYC PROCESSING | 7100-000 | 12,063.00 | N/A | N/A | 0.00 |
| NOTFILED | MACYS BANKRUPTYC PROCESSING | 7100-000 | 1,010.00 | N/A | N/A | 0.00 |
| NOTFILED | VISDSNB | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HUGHES NET | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | DASSELS PETROLEUM | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WESTERN COOLING | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PAXTON OBRIEN LAW FIRM | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PESTAS AND HILL CPA | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | LOWES | 7100-000 | 903.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 18,792.00 | N/A | N/A | 0.00 |
| NOTFILED | JOHN CREIGHTON | 7100-000 | 42,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$4,860,913.00** | **$8,156,604.72** | **$8,156,604.72** | **$29,034.69** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-50240  
**Case Name:** WYRICK, STEPHEN FRANK  
WYRICK, TIFFANY LYNN  
**Period Ending:** 03/10/14

**Trustee:** (007200) Audrey J. Barris  
**Filed (f) or Converted (c):** 01/11/11 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 11/09/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 2 — 3376 Cienega Rd. Hollister, CA 95023 (See Footnote) | 729,900.00 | 85,100.00 | | 0.00 | FA |
| 3 — Cash | 20.00 | 20.00 | | 0.00 | FA |
| 5 — Bank of America acct #9046 | 2,500.00 | 0.00 | | 2,540.00 | FA |
| 6 — Bank of America Savings Acct. #8455 | 40.00 | 0.00 | | 0.00 | FA |
| 7 — Used Household furnishings, no individual item e | 15,000.00 | 0.00 | | 0.00 | FA |
| 8 — Used Clothing- no individual item exceeds $550 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 — Costume jewelry and wedding rings (wife's weddin | 2,100.00 | 0.00 | | 0.00 | FA |
| 11 — Whole life insurance policy with Lincoln Financi | 2,321.00 | 0.00 | | 0.00 | FA |
| 13 — 1000 shares of Calamaco Stock at $20 per share<br>   Order authorizing sale entered 08/11/11<br>Imported from Amended Doc#: 16 | 20,000.00 | 20,000.00 | | 18,000.00 | FA |
| 15 — 'I 8% interest in True Leaf Yuma<br>   Compromise and settle value of interest in True Leaf for $150,000; 3 payments; final due 01/2012; order enterd 12/02/11<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: 2007 GMC Denali | 255,000.00 | 255,000.00 | | 150,000.00 | FA |
| 16 — Wife is named in parents trust. | 0.00 | 0.00 | | 0.00 | FA |
| 17 — 2004 Dodge Truck with 200k miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 — 2007 GMC Denali- V | 19,000.00 | 0.00 | | 0.00 | FA |
| 19 — tax refund (u) | 1,690.00 | 1,690.00 | | 1,690.00 | FA |
| 20 — VOID- DUPLICATE EOF ASSET # 15<br>   18% interest in True Leaf san Juan<br>Subject to Compromise and settle value of interest in True Leaf for $150,000; 3 payments; final due 01/2012; funds to be applied to Truet Leaf Yuma but compromise also releases True Leaf San Juan | 0.00 | 0.00 | | 0.00 | FA |
| Int — INTEREST (u) | Unknown | N/A | | 1.33 | FA |
| **16 Assets Totals** (Excluding unknown values) | **$1,050,071.00** | **$361,810.00** | | **$172,231.33** | **$0.00** |

RE PROP# 2     SCHEDULED / APPRAISED

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-50240  
**Case Name:** WYRICK, STEPHEN FRANK  
              WYRICK, TIFFANY LYNN  
**Period Ending:** 03/10/14

**Trustee:** (007200) Audrey J. Barris  
**Filed (f) or Converted (c):** 01/11/11 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 11/09/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    TFR submitted awaiting hearing

**Initial Projected Date Of Final Report (TFR):**    January 31, 2012       **Current Projected Date Of Final Report (TFR):**    September 6, 2013 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-50240  
**Case Name:** WYRICK, STEPHEN FRANK  
WYRICK, TIFFANY LYNN  
**Taxpayer ID #:** \*\*-\*\*\*9529  
**Period Ending:** 03/10/14  

**Trustee:** Audrey J. Barris (007200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*08-65 - Checking Account  
**Blanket Bond:** $3,060,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/11 | {5} | Tiffany Wyrick | payover of bank funds | 1129-000 | 2,540.00 | | 2,540.00 |
| 05/20/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/20/2011 FOR CASE #11-50240, Blanket Bond # 016030864 Voided on 05/20/11 | 2300-000 | | ! 0.61 | 2,539.39 |
| 05/20/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/20/2011 FOR CASE #11-50240, Blanket Bond # 016030864 Voided: check issued on 05/20/11 | 2300-000 | | ! -0.61 | 2,540.00 |
| 05/20/11 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/20/2011 FOR CASE #11-50240, Blanket Bond No. 016030864 | 2300-000 | | 0.63 | 2,539.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,539.39 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,539.41 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.87 | 2,534.54 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,534.56 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,509.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,509.58 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,484.58 |
| 10/19/11 | {13} | Calamco | SALE OF CALAMACO STOCK | 1129-000 | 18,000.00 | | 20,484.58 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 20,484.65 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,459.65 |
| 11/01/11 | {15} | True Leaf Farms, LLC -Yuma | Acct #11-50240-001; Payment #1; Acct #11-50240-001; Payment #1, 2 | 1129-000 | 50,000.00 | | 70,459.65 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 70,460.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.31 | 70,322.88 |
| 12/03/11 | | To Account #9200\*\*\*\*\*\*0866 | final transfer | 9999-000 | | 33,862.95 | 36,459.93 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 36,460.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.51 | 36,373.76 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,374.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.51 | 36,294.55 |
| 02/28/12 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2012 FOR CASE #11-50240, Blanket bond # 16030864; $63.23 for 2011-2012 increase; 2012/2013 bond | 2300-000 | | 48.20 | 36,246.35 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.89 | 36,174.46 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.15 | 36,100.31 |
| 04/13/12 | {15} | CHURCH BROTHERS LLC | Acct #11-50240-001; Payment #2; Acct | 1129-000 | 50,000.00 | | 86,100.31 |

Subtotals: $120,541.33 $34,441.02

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 11-50240 | **Trustee:** | Audrey J. Barris (007200) |
| **Case Name:** WYRICK, STEPHEN FRANK | **Bank Name:** | The Bank of New York Mellon |
| WYRICK, TIFFANY LYNN | **Account:** | 9200-******08-65 - Checking Account |
| **Taxpayer ID #:** **-***9529 | **Blanket Bond:** | $3,060,000.00 (per case limit) |
| **Period Ending:** 03/10/14 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11-50240-001; Payment #1, 3; Acct #11-50240-001; Payment #2, 3; 2ND PAYMENT- SETTLEMENT WITH TRUE LEAF | | | | |
| 04/23/12 | 1004 | Coastal Cooling, LLC & Western Cooling and Logistics, LLC | Settlement payment | 4210-000 | | 2,500.00 | 83,600.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.73 | 83,477.58 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 188.86 | 83,288.72 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 164.98 | 83,123.74 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 181.68 | 82,942.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.62 | 82,766.44 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.29 | 82,608.15 |
| 10/12/12 | {15} | Rabobank NA | Acct #11-50240-001; Payment #3; final settlement proceeds from True Leaf | 1129-000 | 50,000.00 | | 132,608.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 251.09 | 132,357.06 |
| 11/20/12 | 1005 | Coastal Cooling, LLC & Western Cooling and Logistics, LLC | Settlement Pursuant to Court Order Voided on 11/26/12 | 4210-000 | | 52,500.00 | 79,857.06 |
| 11/26/12 | 1005 | Coastal Cooling, LLC & Western Cooling and Logistics, LLC | Settlement Pursuant to Court Order Voided: check issued on 11/20/12 | 4210-000 | | -52,500.00 | 132,357.06 |
| 11/26/12 | 1006 | Coastal Cooling, LLC & Western Cooling and Logistics, LLC | Settlement Pursuant to Court Order | 4210-000 | | 50,000.00 | 82,357.06 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 271.22 | 82,085.84 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000720088 20121220 | 9999-000 | | 82,085.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 170,541.33 | 170,541.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 115,948.79 | |
| | | | **Subtotal** | | 170,541.33 | 54,592.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$170,541.33** | **$54,592.54** | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-50240 | | Trustee: | Audrey J. Barris (007200) |
|---|---|---|---|---|
| Case Name: | WYRICK, STEPHEN FRANK | | Bank Name: | The Bank of New York Mellon |
| | WYRICK, TIFFANY LYNN | | Account: | 9200-******08-66 - Checking Account |
| Taxpayer ID #: | **-***9529 | | Blanket Bond: | $3,060,000.00  (per case limit) |
| Period Ending: | 03/10/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/03/11 | | From Account #9200******0865 | final transfer | 9999-000 | 33,862.95 | | 33,862.95 |
| 12/03/11 | 101 | Luce, Forward, Hamilton & Scripps LLP | atty for trustee fees & expenses per order entered 12/01/11 for services rendered for period 02/10/11 thru 10/20/11 | | | 33,862.95 | 0.00 |
| | | | Atty for Trustee fees        33,721.00 | 3210-000 | | | 0.00 |
| | | | Atty for Trustee expenses        141.95 | 3220-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **33,862.95** | **33,862.95** | **$0.00** |
| | | | Less: Bank Transfers | | 33,862.95 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **33,862.95** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$33,862.95** | |

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-50240  
**Case Name:** WYRICK, STEPHEN FRANK  
              WYRICK, TIFFANY LYNN  
**Taxpayer ID #:** **-***9529  
**Period Ending:** 03/10/14  

**Trustee:** Audrey J. Barris (007200)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****276566 - Checking Account  
**Blanket Bond:** $3,060,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 82,085.84 | | 82,085.84 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.45 | 81,966.39 |
| 01/12/13 | 11007 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/12/2013 FOR CASE #11-50240, Blanket Bond; # 016048574 | 2300-000 | | 73.65 | 81,892.74 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.61 | 81,763.13 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.76 | 81,653.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.52 | 81,539.85 |
| 04/03/13 | {19} | Stephen and Tiffany Wyrick | tax refund | 1224-000 | 190.00 | | 81,729.85 |
| 04/03/13 | {19} | Stephen and Tiffany Wyrick | tax refund | 1224-000 | 500.00 | | 82,229.85 |
| 04/03/13 | {19} | Tiffany Wyrick | tax refund | 1224-000 | 500.00 | | 82,729.85 |
| 04/03/13 | {19} | Tiffany and Stephen Wyrick | tax refund | 1224-000 | 500.00 | | 83,229.85 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.12 | 83,102.73 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.51 | 82,979.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.39 | 82,867.83 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.11 | 82,736.72 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.00 | 82,617.72 |
| 11/18/13 | 11008 | Michael Gabrielson | Dividend paid 100.00% on $48.65, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 48.65 | 82,569.07 |
| 11/18/13 | 11009 | Michael Gabrielson | Dividend paid 100.00% on $4,127.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,127.50 | 78,441.57 |
| 11/18/13 | 11010 | FIA Card Services, NA/Bank of America | Dividend paid 0.35% on $20,174.42; Claim# 1; Filed: $20,174.42; Reference: 7366/0212 | 7100-000 | | 71.82 | 78,369.75 |
| 11/18/13 | 11012 | Audrey J. Barris | Dividend paid 100.00% on $68.55, Trustee Expenses; Reference: | 2200-000 | | 68.55 | 78,301.20 |
| 11/18/13 | 11013 | WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SER | Dividend paid 0.35% on $3,855.25; Claim# 10; Filed: $3,855.25; Reference: 5005 | 7100-000 | | 13.72 | 78,287.48 |
| 11/18/13 | 11014 | RABOBANK, N.A. | Dividend paid 0.35% on $3,744,028.00; Claim# 3; Filed: $3,744,028.00; Reference: | 7100-000 | | 13,327.44 | 64,960.04 |
| 11/18/13 | 11015 | Barry Milgrom | Dividend paid 100.00% on $11,125.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 11,125.00 | 53,835.04 |
| 11/18/13 | 11016 | Audrey J. Barris | Dividend paid 100.00% on $11,861.57, Trustee Compensation; Reference: | 2100-000 | | 11,861.57 | 41,973.47 |
| 11/18/13 | 11017 | TRUE LEAF FARMS, LLC | Dividend paid 0.35% on $2,815,000.00; Claim# 5; Filed: $2,815,000.00; Reference: | 7100-000 | | 10,020.43 | 31,953.04 |

Subtotals: $83,775.84    $51,822.80

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-50240 | **Trustee:** Audrey J. Barris (007200) |
| **Case Name:** WYRICK, STEPHEN FRANK<br>WYRICK, TIFFANY LYNN | **Bank Name:** Rabobank, N.A.<br>**Account:** ****276566 - Checking Account |
| **Taxpayer ID #:** **-***9529 | **Blanket Bond:** $3,060,000.00 (per case limit) |
| **Period Ending:** 03/10/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/18/13 | 11018 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $26,199.00; Claim# 7; Filed: $26,199.00; Reference: | 5800-000 | | 26,199.00 | 5,754.04 |
| 11/18/13 | 11019 | WESTERN OILFIELDS SUPPLY CO. INC. | Dividend paid 0.35% on $1,938.46; Claim# 6; Filed: $1,938.46; Reference: | 7100-000 | | 6.90 | 5,747.14 |
| 11/18/13 | 11020 | RIVER RANCH FRESH FARMS, LLC | Dividend paid 0.35% on $63,558.09; Claim# 4; Filed: $63,558.09; Reference: | 7100-000 | | 226.24 | 5,520.90 |
| 11/18/13 | 11021 | FIA Card Services, NA/Bank of America | Dividend paid 0.35% on $3,742.43; Claim# 2; Filed: $3,742.43; Reference: 3175/3884 | 7100-000 | | 13.33 | 5,507.57 |
| 11/18/13 | 11022 | WYRICK FARMS | Dividend paid 0.35% on $172,411.03; Claim# 9; Filed: $172,411.03; Reference: 7306 | 7100-000 | | 613.72 | 4,893.85 |
| 11/18/13 | 11023 | CROP PRODUCTION SERVICES, INC. | Dividend paid 0.35% on $1,027,837.23; Claim# 11; Filed: $1,027,837.23; Reference: 7131 | 7100-000 | | 3,658.74 | 1,235.11 |
| 11/18/13 | 11024 | WYRICK FARMS | Dividend paid 0.35% on $304,059.81; Claim# 8; Filed: $304,059.81; Reference: 7307 | 7100-000 | | 1,082.35 | 152.76 |
| 11/18/13 | 11011 | Barry Milgrom | Dividend paid 100.00% on $152.76, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 152.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 83,775.84 | 83,775.84 | $0.00 |
| | | | Less: Bank Transfers | | 82,085.84 | 0.00 | |
| | | | **Subtotal** | | 1,690.00 | 83,775.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,690.00** | **$83,775.84** | |

| | |
|---|---|
| Net Receipts : | 172,231.33 |
| Net Estate : | $172,231.33 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******08-65** | 170,541.33 | 54,592.54 | 0.00 |
| **Checking # 9200-******08-66** | 0.00 | 33,862.95 | 0.00 |
| **Checking # ****276566** | 1,690.00 | 83,775.84 | 0.00 |
| | **$172,231.33** | **$172,231.33** | **$0.00** |

{} Asset reference(s)