```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                          Case No. 11-50240-SLJ
Stephen Frank Wyrick                                            Chapter 7
Tiffany Lynn Wyrick
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0971-5     User: jdustin       Page 1 of 1       Date Rcvd: Apr 21, 2014
                         Form ID: FIND       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2014.
db      #+Stephen Frank Wyrick,   3376 Cienega Rd.,   Hollister, CA 95023-9688
jdb     #+Tiffany Lynn Wyrick,    3376 Cienega Rd.,   Hollister, CA 95023-9688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2014 at the address(es) listed below:
              Audrey Barris     on behalf of Trustee Audrey Barris ajb@barristrustee.com, CA20@ecfcbis.com
              Audrey Barris     ajb@barristrustee.com, CA20@ecfcbis.com
              Barry Milgrom     on behalf of Trustee Audrey Barris bmilgrom@mckennalong.com,
               wowen@mckennalong.com
              Kari Silva Bowyer    on behalf of Defendant Stephen Frank Wyrick ksbowyer@gmail.com,
               kari.silva@gmail.com
              Kari Silva Bowyer    on behalf of Joint Debtor Tiffany Lynn Wyrick ksbowyer@gmail.com,
               kari.silva@gmail.com
              Kari Silva Bowyer    on behalf of Debtor Stephen Frank Wyrick ksbowyer@gmail.com,
               kari.silva@gmail.com
              Kari Silva Bowyer    on behalf of Defendant Stephen F. Wyrick ksbowyer@gmail.com,
               kari.silva@gmail.com
              Lawrence H. Meuers    on behalf of Plaintiff   River Ranch Fresh Foods, LLC
               lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com
              Michael J. Gomez    on behalf of Plaintiff   Rabobank, N.A. mjg@lrplaw.net, tara@lrplaw.net
              Michael R. Gabrielson    cpa711@sbcglobal.net
              Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
              Parada K. Ornelas    on behalf of Requestor   PNC Mortgage, a division of PNC Bank, National
               Association, formerly known as National City Mortgage, National City Mortgage Co dba Accubanc
               Mortgage pkovadi@piteduncan.com, ecfcanb@piteduncan.com
              Paul W. Moncrief    on behalf of Plaintiff   TLF-SJB, LLC paul@johnsonmoncrief.com
              Paul W. Moncrief    on behalf of Plaintiff   True Leaf Farms, LLC paul@johnsonmoncrief.com
              Paul W. Moncrief    on behalf of Creditor   True Leaf Farms, LLC paul@johnsonmoncrief.com
              Rene Lastreto, II    on behalf of Plaintiff   Rabobank, N.A. rl2@lrplaw.net
              Rene Lastreto, II    on behalf of Requestor   Rabobank, N.A. rl2@lrplaw.net
              Thomas G. C. McLaughlin    on behalf of Plaintiff   Rabobank, N.A. tgm@lrplaw.net
              William J. Healy    on behalf of Defendant Stephen Frank Wyrick whealy@campeaulaw.com
                                                                                              TOTAL: 19

Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Stephen Frank Wyrick and Tiffany Lynn Wyrick<br>Debtor(s) | Case No.: 11−50240 SLJ 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑  Audrey Barris is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: <u>4/21/14</u>              By the Court:

Stephen L. Johnson
United States Bankruptcy Judge